# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE ANN WILLIAMS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JULIO CESAR GARCIA, an individual; and DOES I through X, ROES I through X, inclusive<br><br>　　　　Defendants. | Case No.  2:21-cv-02172-ART-EJY<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff JOYCE ANN WILLIAMS by and through her attorney of record, Steven M. Burris, Esq., of the law firm LAW OFFICES OF STEVEN M. BURRIS, and Defendant JULIO CESAR GARCIA, by and through his attorneys of record, Josh Cole Aicklen, Esq., and Sharon A. Parker, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, that Plaintiff's Complaint be dismissed, with prejudice, in its entirety.

90767921.1

**IT IS FURTHER STIPULATED AND AGREED** that all pending hearings in this matter shall be VACATED.

DATED this 28th day of February, 2023.  DATED this 28th day of February, 2023.

LAW OFFICES OF STEVEN M. BURRIS

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Steven M. Burris
    STEVEN M. BURRIS
    Nevada Bar No. 603
    2810 W. Charleston Blvd,, Ste. F-58
    Las Vegas, Nevada  89102
    Attorneys for Plaintiff

By  /s/ Sharon A. Parker
    JOSH COLE AICKLEN
    Nevada Bar No. 7254
    SHARON A. PARKER
    Nevada Bar No. 8274
    6385 S. Rainbow Blvd., Ste. 600
    Las Vegas, Nevada 89118
    Tel. 702.893.3383
    Attorneys for Defendant JULIO CESAR GARCIA

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: March 2, 2023



2